## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN FELSEN AND MATTHEW RAGUSANO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE VANGUARD GROUP, INC.,<br><br>　　　　　Defendant. | Case No. 2:25-cv-02359-JFM |

### DEFENDANT THE VANGUARD GROUP, INC.'S MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant The Vanguard Group, Inc. hereby moves to dismiss the Complaint filed by Plaintiffs Brian Felsen and Matthew Ragusano for the reasons set forth in the accompanying Memorandum of Law.

Dated: July 11, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Kristin M. Hadgis*
　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　Ezra D. Church
　　　　　　　　　　　　　　　　　　　　Kristin M. Hadgis
　　　　　　　　　　　　　　　　　　　　Terese M. Schireson
　　　　　　　　　　　　　　　　　　　　2222 Market Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103-3007
　　　　　　　　　　　　　　　　　　　　Tel: 215.963.5000
　　　　　　　　　　　　　　　　　　　　ezra.church@morganlewis.com
　　　　　　　　　　　　　　　　　　　　kristin.hadgis@morganlewis.com
　　　　　　　　　　　　　　　　　　　　terese.schireson@morganlewis.com

　　　　　　　　　　　　　　　　　　　　Megan A. Suehiro (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　300 South Grand Avenue
　　　　　　　　　　　　　　　　　　　　Twenty-Second Floor
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071-3132
　　　　　　　　　　　　　　　　　　　　Tel: :213.612.2500
　　　　　　　　　　　　　　　　　　　　megan.suehiro@morganlewis.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for The Vanguard Group, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon all counsel of record via the ECF system.

DATED: July 11, 2025          */s/ Kristin M. Hadgis*
                                             Kristin M. Hadgis