## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN FELSEN, MATTHEW RAGUSANO,
AND NAMBARAMEY DY

        Plaintiffs,

    v.

THE VANGUARD GROUP, INC.,

        Defendant.

Case No. 2:25-cv-02359-JFM

## DEFENDANT THE VANGUARD GROUP, INC.'S
## <u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant

The Vanguard Group, Inc. hereby moves to dismiss Plaintiffs' Amended Complaint for the reasons

set forth in the accompanying Memorandum of Law.

Dated: August 8, 2025

        Respectfully submitted,

        */s/ Kristin M. Hadgis*
        MORGAN, LEWIS & BOCKIUS LLP
        Ezra D. Church
        Kristin M. Hadgis
        Terese M. Schireson
        2222 Market Street
        Philadelphia, PA  19103-3007
        Tel: 215.963.5000
        ezra.church@morganlewis.com
        kristin.hadgis@morganlewis.com
        terese.schireson@morganlewis.com

        Megan A. Suehiro (*pro hac vice* forthcoming)
        300 South Grand Avenue
        Twenty-Second Floor
        Los Angeles, CA 90071-3132
        Tel: :213.612.2500
        megan.suehiro@morganlewis.com

        *Attorneys for The Vanguard Group, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon all counsel of record via the ECF system.


DATED:  August 8, 2025            */s/ Kristin M. Hadgis*
                                        Kristin M. Hadgis