**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRIAN FELSEN, MATTHEW RAGUSANO, NAMBARAMEY DY,** ***individually and on behalf of all others situated*** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 25-2359** |
| **THE VANGUARD GROUP, INC.** | : | |

## <u>ORDER</u>

**AND NOW**, this 13th day of August 2025, upon considering plaintiffs' amended complaint (DI 12), it is **ORDERED** defendant's motion to dismiss (DI 10) is **DENIED as moot**. Plaintiffs shall, no later than **August 14, 2025**, file the redlined version of their amended complaint compliant with Section 5 of Judge Murphy's Policies and Procedures.

**MURPHY, J.**