**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRIAN FELSEN, MATTHEW RAGUSANO, NAMBARAMEY DY,** ***individually and on behalf of all others situated*** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 25-2359** |
| **THE VANGUARD GROUP, INC.** | : | |

# ORDER

**AND NOW**, this 15th day of October 2025, it is **ORDERED** plaintiffs shall, no later than **October 22, 2025**, file a supplemental brief addressing standing under *Cook v. Gamestop, Inc.*, 148 F.4th 153 (3d Cir. 2025). Defendant may respond no later than **October 29, 2025**.

**MURPHY, J.**