**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIAN FELSEN, MATTHEW RAGUSANO, and NAMBARAMEY DY, individually and on behalf of all others situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VANGUARD GROUP, INC.,<br><br>Defendant. | Case No. 2:25-cv-02359-JFM |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Brian Felsen, Matthew Ragusano, and Nambaramey Dy ("Plaintiffs") hereby submit this Notice to bring to the Court's attention a recent motion to dismiss decision in the matter captioned *Garcia v. Truist Financial Corporation*, Case No. 2:25-cv-05753-MEMF-PVC, ECF No. 33 (C.D. Cal. March 27, 2026). A true and correct copy of the *Garcia* decision is attached hereto as **Exhibit 1**. Plaintiffs respectfully submit *Garcia* is relevant to the parties' arguments as to standing, CIPA, and the ECPA.

Dated: March 31, 2026

Respectfully submitted,

*/s/ Alec M. Leslie*

**BURSOR & FISHER, P.A.**
Alec M. Leslie (Id. No. 338682, admitted *pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: 646.837.7150
Fax: 212.989.9163
aleslie@bursor.com

**ATLEE HALL, LLP**
Mark C. Atlee
415 Duke Street
Lancaster, PA 17602
Tel.: 717.393.9596
Fax: 7717.393.2138
mcatlee@atleehall.com

*Attorneys for Plaintiffs*