**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRIAN FELSEN, MATTHEW RAGUSANO, NAMBARAMEY DY,** ***individually and on behalf of all others similarly situated*** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 25-2359** |
| **THE VANGUARD GROUP, INC.** | : | |

# ORDER

**AND NOW**, this 15th day of September 2026, having considered defendant's motion to dismiss the amended complaint (DI 13), plaintiffs' response (DI 19), defendant's reply (DI 20), and the supplemental briefs of the parties addressing developments in the law (DI 22, 23, 24, 27, 29, 30), and for the reasons explained in the accompanying memorandum, it is **ORDERED** that defendant's motion to dismiss (DI 13) is **GRANTED IN PART AND DENIED IN PART**. Plaintiffs' Federal Wiretap Act claims (count I under 18 U.S.C. § 2510) and California Invasion of Privacy claims (count V) are **DISMISSED** without prejudice. Otherwise, the motion to dismiss is **DENIED.**

No later than **September 22, 2026**, plaintiffs shall file a notice stating whether they intend to file a second amended complaint addressing the dismissed counts. If so, any second amended complaint shall be due no later than October 2, 2026. If not, then an answer to the amended complaint shall be due no later than October 6, 2026.

/s/John F. Murphy, U.S.D.J.

**MURPHY, J.**